UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 1:14-cr-085-TRM-SKL-1 |
| | ) |
| JASON A. WADE | ) |

## **MEMORANDUM AND ORDER**

JASON A. WADE, ("Defendant") appeared for a hearing on December 11, 2024, in accordance with Rules 5 and 32.1 of the Federal Rules of Criminal Procedure on the Petition and Order [Doc. 44] and Amended Petition and Order [Doc. 45] for Warrant for an Offender Under Supervision ("Petitions") in the above matter. Defendant was placed under oath and informed of his constitutional rights. It was determined that Defendant wished to be represented by an attorney and he qualified for appointed counsel. Federal Defender Services was appointed to represent Defendant. It was also determined that Defendant had been provided with and reviewed with counsel a copy of the Petitions.

The Government moved that Defendant be detained without bail pending his revocation hearing. After being informed of his rights, Defendant requested both a preliminary hearing and detention hearing and time to prepare for both hearings, which were scheduled to take place on December 18, 2024. Defendant was temporarily detained until his detention hearing [Doc. 47].

Prior to the scheduled detention and preliminary hearings, Defendant filed a notice of detention hearing and preliminary hearing [Doc. 49]. Based on this voluntary waiver, I find Defendant, with advice of counsel, waived his right to a preliminary hearing and detention hearing, but he may request a detention hearing in the future upon the filing of a proper motion. Defendant shall be held in custody by the United States Marshal and produced for future hearings.

Based upon the Petitions and Defendant's filed waiver of preliminary hearing, the Court finds there is probable cause to believe Defendant has committed violations of his condition of supervised release as alleged in the Petitions.

Accordingly, it is **ORDERED** that:

(1) Counsel for Defendant and the Government shall confer and make best efforts to submit to U.S. District Judge McDonough a proposed Agreed Order with respect to an appropriate disposition of the Petitions for Warrant for Offender Under Supervision.

(2) In the event counsel are unable to reach agreement with respect to an appropriate disposition of the Petitions and Orders for Warrant for Offender Under Supervision, they shall

request a hearing before U.S. District Judge McDonough. The U.S. Marshall shall transport Defendant to a revocation hearing set before District Judge McDonough at the time of any sentencing in case 1:24-cr-0107-TRM-SKL.

(3) The Government's motion that Defendant be **DETAINED WITHOUT BAIL** pending further order from this Court is **GRANTED**.

SO ORDERED.

ENTER.
             s/ *Susan K. Lee*
             SUSAN K. LEE
             UNITED STATES MAGISTRATE JUDGE